AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR279 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 19642-047 |
| | ) | |
| JERMAINE D. WILLIAMS, | ) |   Donald L. Schense |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: July 5, 2005 | ) | |

**Order Regarding Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon the parties' stipulation under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such stipulation,

**IT IS ORDERED** that the stipulation (Filing No. 55) is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 124 months on Count I of the Superseding Indictment is reduced to 120 months. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level: 31      Amended Offense Level: 25
    Criminal History Category: II      Criminal History Category: II
    Previous Guideline Range: 121 to 151 months      Amended Guideline Range: 120 to 120 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated July 5, 2005, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 21st day of May, 2012
Effective Date: May 21, 2012

                                                        s/Laurie Smith Camp
                                                        Chief United States District Judge