IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR279** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **JERMAINE D. WILLIAMS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Notice of Appeal (Filing No. 62) and the Clerk's memorandum regarding in forma pauperis status (Filing No. 64). A motion for certificate of appealability was not filed. The Defendant appeals from the Text Order (Filing No. 61) denying his Motion for Reconsideration (Filing No. 60) of his Motion to reduce sentence under 2011 Crack Cocaine Guideline Amendment (Filing No. 58). Liberally construing the Defendant's Motion (Filing No. 58) as one submitted under 28 U.S.C. § 2255, the Court considers his Notice of Appeal (Filing No. 62) to be timely, pursuant to F.R.A.P. 4(a)(1)(B).

This is not a direct appeal. Nonetheless, the Court construes the Defendant's Notice of Appeal as a request for a certificate of appealability, and the Court has reviewed the Defendant's arguments to determine whether he has made a substantial showing of the denial of a constitutional right. The Court determines that he has not.

Accordingly,

IT IS ORDERED:

1. The Defendant's timely Notice of Appeal, construed as a certificate of appealability (Filing No. 62) is denied;

2. The Defendant is not allowed to proceed in forma pauperis; and

3. The Clerk is directed to mail a copy of this Order to the Defendant as his last known address.

DATED this 23rd day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge